IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DENNIS DOBBS,** **PETITIONER**

**V.** **NO. 1:07CV323-A-D**

**CHRISTOPHER B. EPPS, et al.,** **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the  3rd  day of March, 2008.

                                                **/s/ Sharion Aycock**
                                                **U.S. DISTRICT JUDGE**